# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2166

_____

Douglas D. Johnson,                          *
                                             *
                  Appellant,                 *
                                             *
        v.                                   *
                                             *
Larry Norris, Director, Arkansas             *
Department of Correction; Clifford           *
Terry, Warden, Wrightsville Unit,            *     Appeal from the United States
Arkansas Department of Correction;           *     District Court for the Eastern
Brook Parks, Classification Officer,         *     District of Arkansas.
Wrightsville Unit, Arkansas                  *
Department of Correction; Guy                *          [UNPUBLISHED]
Jordan, Arkansas State Police; Bailey,       *
Colonel, Arkansas State Police;              *
George Brewer, Interstate Compact            *
Coordinator, Arkansas Department             *
of Correction,                               *
                                             *
                  Appellees.                 *

_____

Submitted:  February 21, 2001

Filed:  February 22, 2001

_____

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Douglas D. Johnson, a Virginia inmate formerly housed in Arkansas under the Interstate Corrections Compact (ICC), appeals the dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. Having reviewed de novo Johnson's submissions to the district court, see First Commercial Trust Co. v. Colt's Mfg. Co., Inc., 77 F.3d 1081, 1083 (8th Cir. 1996), we conclude Johnson did not state a § 1983 claim under any of the theories he pursued, see 42 U.S.C. § 1997e(e); Haines v. Kerner, 404 U.S. 519, 520 (1972) (liberal construction of pro se complaints); Farmer v. Brennan, 511 U.S. 825, 837 (1994) (Eighth Amendment violated where prison officials are deliberately indifferent to prisoner's health or safety); Ellis v. Norris, 179 F.3d 1078, 1079 (8th Cir. 1999) (prisoner failed to state Eighth Amendment claim because he did not allege how inadequate security caused him injury); Stewart v. McManus, 924 F.2d 138, 142 (8th Cir. 1991) (ICC cannot serve as basis for inmate's § 1983 claim).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.